**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Krakauer,<br><br>  Plaintiff,<br><br>v.<br><br>City of Flagstaff, et al.,<br><br>  Defendants. | No. CV-20-08090-PCT-GMS (ESW)<br><br>**ORDER** |

The Court has considered Plaintiff's unopposed Motion for Clarification and/or Extension of Time to File Response to Defendants' Proposed Motion for Summary Judgment (Doc. 84). Response time to the Motion for Summary Judgment (Doc. 87) shall run from July 12, 2021. For good cause shown,

**IT IS ORDERED** granting Plaintiff's Motion for Clarification and/or Extension of Time to File Response to Defendants' Proposed Motion for Summary Judgment (Doc. 84) as set forth herein.

Dated this 12th day of July, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge